

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00641-CV

**IN RE D.A.J. AND A.M.J.**, Children

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 18-05-35655-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the March 5, 2019 Order on Enforcement of Child Support Obligation is REVERSED and this case is REMANDED to the trial court for further proceedings consistent with this opinion.

We ORDER appellant the Office of the Attorney General of Texas to recover its costs in this appeal from appellees, A.M.L. and E.J., Jr.

SIGNED February 5, 2020.

_____
Beth Watkins, Justice